IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| TERRY COOPER,<br>Plaintiff | )<br>)<br>) |
| vs. | )    Civil Action No. 3:19-cv-00032 JTK<br>) |
| ANDREW SAUL, Commissioner,<br>Social Security Administration,<br>Defendant | )<br>)<br>) |

## ORDER

Before the Court is the Defendant's Unopposed Motion To Reverse and Remand (Doc. No. 12) to the Commissioner ("Defendant") for further administrative proceedings. Upon examination of the merits of this case, it is hereby ORDERED that this Motion be granted and this case be reversed and remanded to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§405(g).

SO ORDERED this 23rd day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE