IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| TERRY COOPER, )<br>Plaintiff )<br>)<br>vs. )<br>)<br>ANDREW SAUL, Commissioner, )<br>Social Security Administration, )<br>Defendant ) | Civil Action No. 3:19-cv-00032JTK |

## JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four of §205(g) of the Social Security Act, 42 U.S.C. §405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED on this 23rd day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE